# Respublica *against* Lambert Smith.

An indenture from a negro lad to his master in consideration of manumission from slavery, is void, unless executed within 6 months after his being brought into the state, or such terms agreed on within that time.

HABEAS *corpus ad subjiciendum,* to the keeper of the gaol of Philadelphia county, to bring the body of negro Joseph before the court. The return was, that he was detained under a commitment, as the runaway servant of David H. Conyngham.

It appeared, that the negro was a slave in St. Domingo, the property of a French lady, who intermarried with Peter Boudineau in 1789. They came to Philadelphia, the negro lad forming a part of the family, in the spring of 1793. In the fall of that year, the husband returned to France, leaving his wife in the city.

On the 13th June 1794, Joseph executed an indenture to Madame Boudineau for fourteen years, wherein she covenanted *to learn him the arts of a cook and house waiter; which she assigned to Mr. Conyngham, on the 1st April 1795, [*205 and followed her husband to France in 1804. The indenture of 1794, was expressed to be in consideration of the negro's manumission from slavery.

Mr. Hallowel for the negro, contended, that he having been brought into this state by his mistress, who came with an intention to reside and settle here, and retained in this state longer than six months, became thereby free to all intents and purposes, under the 10th section of the abolition act of 1st March 1780, (1 St. Laws, 841,) which was explained and enforced by the 2d section of the act of 29th March 1788. 2 St. Laws, 586. Having thereby become free, he could only bind himself till 21 years of age, as if his colour had been white. The indenture professed to bind him until he was 28 years old, and would expire 13th June 1808, and therefore he must now be 24 years and 9 months old. In a case similarly circumstanced, between negro Flora and William Meredith, esq., Judge COXE decided, that such an indenture was merely void. There is an additional ground of relief. The indenture was made to Madame Boudineau, a feme covert. The covenants on her part being merely void, the covenants on the part of the negro were vacated thereby. This point also had been determined by Judge SMITH, between negro Sanite and Emily Andre, the wife of Francois Andre.

*Per Cur.* There is no evidence of any terms being agreed upon within six months after the negro was brought into this state. The indenture was executed here within one year afterwards; and the negro is now near 25 years old. He must be discharged.